UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JESUS GONZALEZ, *an individual*,

        Plaintiff,

vs.

CASE NO.: 1:24-cv-21888-KMM

360 PHONE FIX CORP,
*a Florida corporation, and* 312H LLC, *a Florida limited liability company,*

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JESUS GONZALEZ and Defendants, 360 PHONE FIX CORP. and 312H LLC, by and through undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

DATED: July 16, 2024

**LAW OFFICES OF NOLAN KLEIN, P.A.**

By: */s/ Nolan Klein*
    Nolan Klein, Esq.
    Florida Bar No. 647977
    5550 Glades Road, Ste. 500
    Boca Raton, FL 33431
    Ph: (954) 745-0588
    klein@nklegal.com
    *Attorneys for Plaintiff*
    Joshua M. Entin, Esq.
    Florida Bar No. 493724
    Entin Law Group, P.A.
    1213 S.E. Third Ave.
    Fort Lauderdale, FL 33316
    Ph: (954) 761-7201
    josh@entinlaw.com
    *Attorneys for Plaintiff*

**NIURKA L. LOPEZ, P.A.**

By: */s/ Niurka L. Lopez*
    Niurka L. Lopez, Esq.
    Florida Bar No. 637874
    7300 North Kendall Drive, Suite 208
    Miami, FL 33156
    Tel: (305) 908-1782
    Fax: (305) 428-2462
    nlopez@nll-law.com
    *Attorneys for Defendant,*
    *312H LLC*

2

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **16th** day of **July,** 2024.

                                                                                    By:  */s/ Nolan Klein*
                                                                                       NOLAN KLEIN, ESQ.
                                                                                       Florida Bar No. 647977